STATE OF MAINE                                          SUPERIOR COURT
CUMBERLAND, ss                                          Docket No.: CR-16-4730

STATE OF MAINE
Cumberland, SS. Clerk's Office

MAY 0 1 2017

RECEIVED

STATE OF MAINE,                    )
                                   )
            Plaintiff,             )
                                   )                    ORDER
      v.                           )
                                   )
GREGORY D RODERICK,                )
                                   )
            Defendant.             )
                                   )


      Gregory Roderick has been charged by an indictment of August 4, 2016 with two counts

of Class C Theft by Deception, 17-A M.R.S. § 354 (1)(B)(4). The indictment has been amended

to allege that the first count took place from July 31, 2010 through October 2, 2010 while the

second took place from October 9, 2010 to December 11, 2010. Both charges relate to claimed

fraud in receiving unemployment compensation while employed at two different businesses.


      The defendant has moved to dismiss the amended indictment claiming that the indictment

was filed after the expiration of the statute of limitations for Class E crimes and that the state was

not permitted to aggregate the charges into a Class C charge, with a longer statute of limitations,

once the statute of limitations for a misdemeanor had expired.


      Count I of the amended indictment is based on a claim that Mr. Roderick fraudulently

received unemployment benefits while working at Big Wings, LLC for the weeks ending

July 31, 2010 through the week ending October 2, 2010. Each week, if separately charged, and

proven, would constitute a Class E offense, 17-A M.R.S. § 354 (1)(A) and would need to be brought within three years. See 17-A M.R.S § 2(B).

The second count involves a series of claims for the weeks ending October 9, 2010 through December 11, 2010 for work done at Sbarro. Each of those weeks, if brought as separate counts, would also constitute a Class E offense with a three-year statute of limitations.

Pursuant to 17-A M.R.S. § 353 (5)(E), "Amounts of value involved in thefts committed pursuant to one scheme or course of conduct … may be aggregated to charge a single theft of appropriate class or grade." Here the state chose to aggregate the Big Wings, LLC and Sbarro based weeks into two separate Class C offenses as the combined amounts exceeded $1,000.00 for each employer. See 17-A M.R.S. § 354 (1)(B)(4). The statute of limitations for properly brought Class C charges is six (6) years. See 17-A M.R.S § 8 (2)(A).

There is no requirement that the aggregation of misdemeanor charges to a felony level occur within three (3) years. This is consistent with the decision of the Legislature to have a longer statute of limitations for more serious, and often more complex, felony charges. The state is free to aggregate the charges and bring the Class C or higher level charges at any time within the longer six (6) year statue of limitation.

State v. Fournier, 617 A. 2d 998 (Me. 1992) does not help the defendant. The combining of charges into the two separate charges based on the place of employment is acceptable. There is nothing in Fournier that would lead to a dismissal of these charges.

The entry is:

Motion to dismiss is denied except for that small portion of Count I of the amended indictment charging conduct prior to August 4, 2010.

Date: _May 1, 2017_        _____
Paul A. Fritzsche
Justice, Superior Court, Active Retired

STATE OF MAINE

vs

GREGORY D RODERICK
271 SPRING STREET #3
PORTLAND ME 04102

CRIMINAL DOCKET
CUMBERLAND, ss.
Docket No    CUMCD-CR-2016-04730

**DOCKET RECORD**

DOB: 04/09/1983
Attorney:    LAWRENCE WINGER                          State's Attorney:    MEGHAN CONNELLY
             LAW OFFICE OF LAWRENCE C WINGER
             75 PEARL STREET, SUITE 460
             PORTLAND ME 04101
             APPOINTED 11/22/2016

Filing Document:    INDICTMENT                        Major Case Type:  FELONY (CLASS A,B,C)
Filing Date:        08/04/2016

**Charge(s)**

1   THEFT BY DECEPTION                                07/31/2010    PORTLAND
Seq 8434           17-A   354(1)(B)(4)        Class C

2   THEFT BY DECEPTION                                10/09/2010    PORTLAND
Seq 8434           17-A   354(1)(B)(4)        Class C

**Docket Events:**

08/09/2016  FILING DOCUMENT - INDICTMENT FILED ON 08/04/2016

08/09/2016  Charge(s):  1,2
            HEARING - ARRAIGNMENT SCHEDULE OTHER COURT ON 08/23/2016 at 08:30 a.m. in Room No. 1

            PORSC
08/09/2016  Charge(s):  1,2
            HEARING - ARRAIGNMENT NOTICE SENT ON 08/09/2016

            JIM  PAUL TURCOTTE , ASSISTANT CLERK
08/23/2016  Charge(s):  1,2
            HEARING - ARRAIGNMENT FTA ON 08/23/2016

08/25/2016  WARRANT - $2,000.00 FOR FAILURE TO APPEAR ORDERED ON 08/23/2016
            LANCE  WALKER , JUSTICE
            4TH TUESDAY OF THE MONTH AT 8:30AM.
08/25/2016  WARRANT - $2,000.00 FOR FAILURE TO APPEAR ISSUED ON 08/25/2016

            4TH TUESDAY OF THE MONTH AT 8:30AM.
09/01/2016  Charge(s):  1,2
            HEARING - ARRAIGNMENT RET UNDELIVERABLE ON 09/01/2016

            JIM  PAUL TURCOTTE , ASSISTANT CLERK
            NO SUCH NUMBER
10/14/2016  WARRANT - FOR FAILURE TO APPEAR EXECUTED BY AGENCY ON 10/14/2016 at 10:40 a.m.

10/17/2016  Charge(s):  1,2
            HEARING - ARRAIGNMENT SCHEDULE OTHER COURT ON 11/22/2016 at 08:30 a.m. in Room No. 1

            PORSC
10/17/2016  BAIL BOND - $2,000.00 CASH BAIL BOND FILED ON 10/17/2016

            Bail Receipt Type:  CR
            Bail Amt:  $2,000
            Receipt Type:  CK
            Date Bailed:  10/14/2016      Prvdr Name:  MARK  MALONEY

Rtrn Name:     MARK MALONEY
    409              3RD PARTY DOB 3-7-53
BAIL DISBURSEMENT ON          04/05/2017
Check No.   32709     Check Amount:   1,500.00
Paid To:    MARK MALONEY
FORWARDED TO BAIL PROVIDER

11/22/2016 Charge(s):  1,2
    HEARING - ARRAIGNMENT HELD ON 11/22/2016
    MARIA WOODMAN , JUDGE
    DA: TRACY GORHAM
    Defendant Present in Court
    DEFENDANT INFORMED OF CHARGES.           FTR1
11/22/2016 Charge(s):  1,2
    PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 11/22/2016
    MARIA WOODMAN , JUDGE
11/22/2016 Charge(s):  1,2
    HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 01/26/2017 at 02:00 p.m. in Room No. 7

11/22/2016 Charge(s):  1,2
    TRIAL - JURY TRIAL SCHEDULED FOR 04/24/2017 at 08:30 a.m. in Room No. 11

    NOTICE TO PARTIES/COUNSEL
11/22/2016 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 11/22/2016
    MARIA WOODMAN , JUDGE
    COPY TO PARTIES/COUNSEL
11/22/2016 Party(s):    GREGORY D RODERICK
    ATTORNEY - APPOINTED ORDERED ON 11/22/2016

    Attorney: LAWRENCE WINGER
12/09/2016 Charge(s):  1,2
    TRIAL - JURY TRIAL NOT HELD ON 12/07/2016

12/28/2016 LETTER - FROM PARTY FILED ON 12/28/2016

    Attorney: LAWRENCE WINGER
    CHANGE OF ADDRESS FROM ATTORNEY. NEW ADDRESS 75 PEARL STREET SUITE 460 PORTLAND ME.
01/26/2017 Charge(s):  1,2
    HEARING - DISPOSITIONAL CONFERENCE HELD ON 01/26/2017
    NANCY MILLS , JUSTICE
    Attorney: LAWRENCE WINGER
    DA: MEGHAN CONNELLY
    CONF HELD, OFFER MADE. CASE UNRESOLVED. MOTION TO DISMISS FILED. HEARING TO BE SET FOR 3-14
01/26/2017 MOTION - MOTION TO DISMISS FILED BY DEFENDANT ON 01/26/2017

    Attorney: LAWRENCE WINGER
01/26/2017 HEARING - MOTION TO DISMISS SCHEDULED FOR 03/14/2017 at 01:00 p.m. in Room No. 1

    NOTICE TO PARTIES/COUNSEL
01/26/2017 Charge(s):  1,2
    TRIAL - JURY TRIAL SCHEDULED FOR 04/24/2017 at 08:30 a.m. in Room No. 11

NOTICE TO PARTIES/COUNSEL
02/08/2017 OTHER FILING - OTHER DOCUMENT FILED ON 02/08/2017

Attorney: LAWRENCE WINGER
DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
03/10/2017 HEARING - MOTION TO DISMISS NOTICE SENT ON 03/10/2017

03/15/2017 HEARING - MOTION TO DISMISS CONTINUED ON 03/15/2017

INCLEMENT WEATHER
03/15/2017 HEARING - MOTION TO DISMISS SCHEDULED FOR 04/11/2017 at 01:00 p.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL
03/15/2017 HEARING - MOTION TO DISMISS NOTICE SENT ON 03/15/2017

03/22/2017 MOTION - MOTION TO AMEND BAIL FILED BY DEFENDANT ON 03/21/2017

03/22/2017 HEARING - MOTION TO AMEND BAIL SCHEDULED FOR 03/28/2017 at 01:00 p.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL
03/22/2017 HEARING - MOTION TO AMEND BAIL NOTICE SENT ON 03/22/2017

03/24/2017 HEARING - MOTION TO AMEND BAIL CONTINUED ON 03/24/2017

NO COURT ON 3-28-17. ATTORNEY NOTIFIED VIA PHONE.
03/24/2017 HEARING - MOTION TO AMEND BAIL SCHEDULED FOR 04/04/2017 at 01:00 p.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL
03/24/2017 HEARING - MOTION TO AMEND BAIL NOTICE SENT ON 03/24/2017

04/05/2017 HEARING - MOTION TO AMEND BAIL HELD ON 04/04/2017
JED FRENCH , JUDGE
DA: JONATHAN SAHRBECK
FTR 1
04/05/2017 MOTION - MOTION TO AMEND BAIL GRANTED ON 04/04/2017
JED FRENCH , JUDGE
COPY TO PARTIES/COUNSEL                    BAIL REDUCED TO $500
04/05/2017 BAIL BOND - $500.00 CASH BAIL BOND AMENDED ON 04/04/2017
JED FRENCH , JUDGE
Attorney: LAWRENCE WINGER
DA: JONATHAN SAHRBECK
FTR 1
Date Bailed:   10/14/2016
409                              3RD PARTY DOB 3-7-53
BAIL DISBURSEMENT ON                    04/05/2017
Check No.   32709        Check Amount:     1,500.00
Paid To:      MARK MALONEY
FORWARDED TO BAIL PROVIDER

04/12/2017 Charge(s):  1,2
TRIAL - JURY TRIAL NOT HELD ON 04/11/2017

04/12/2017 HEARING - MOTION TO DISMISS HELD ON 04/11/2017 in Room No. 1

PAUL A FRITZSCHE , JUSTICE

Attorney: LAWRENCE WINGER

DA: BRENDAN O'BRIEN

STATE WITH SUBMIT ORDER BY THE 25TH, DEF HAS 2 DAYS TO SUBMIT
REPLY TO J. FRITZCHE                                 NEW TRIAL DATE IN JUNE

04/12/2017 TRIAL - JURY TRIAL SCHEDULED FOR 06/12/2017 in Room No. 11

NOTICE TO PARTIES/COUNSEL

04/26/2017 OTHER FILING - OTHER DOCUMENT FILED ON 04/24/2017

STATE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

04/27/2017 OTHER FILING - OTHER DOCUMENT FILED ON 04/27/2017

Attorney: LAWRENCE WINGER

DEFENDANT'S REPLY MEMORANDUM

05/03/2017 MOTION - MOTION TO DISMISS DENIED ON 05/01/2017

PAUL A FRITZSCHE , JUSTICE

COPY TO PARTIES/COUNSEL                    PLEASE SEE ORDER IN FILE

05/03/2017 Charge(s):  1,2

ORDER - COURT ORDER FILED ON 05/01/2017

PAUL A FRITZSCHE , JUSTICE

ORDER ON DEFENDANT'S MOTION TO DISMISS

05/03/2017 Charge(s):  1,2

ORDER - COURT ORDER ENTERED ON 05/01/2017

A TRUE COPY

ATTEST: _____

Clerk